UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| BRUDEL SEPULVEDA<br>*Plaintiff,*<br><br>v.<br><br>ALLSTATE FIRE AND CASUALTY<br>INSURANCE COMPANY<br>*Defendant.* | § § § § § § § § | Case No. SA: 17 –CV- 00168-DAE |

## ORDER GRANTING AGREED DISMISSAL WITH PREJUDICE

On this date, the following cause was heard and it was announced to the Court that Plaintiff Brudel Sepulveda ("Plaintiff") and Defendants Allstate Fire and Casualty Company, ("Defendant") have resolved the controversy between them and move for the Court to dismiss with prejudice the claims against Defendant.

It is, therefore, **ORDERED** that Plaintiff's causes of action against Defendant are hereby **DISMISSED WITH PREJUDICE** to refilling same. All costs of Court are hereby charged against the party incurring same.

**Agreed to in substance and form**

_R.E.V. (w/permission)_
Robert E. Valdez
State Bar No. 20428100
revaldez@valdeztrevino.com
1826 N. Loop 1604 W., Ste. 275
San Antonio, Texas 78248
Tel: (210) 598-8686
Fax: (210) 598-8797

{00385940}

_____
Andres Arguello
State Bar No. 24089970
andres@simplyjustice.com
ARGUELLO, HOPE & ASSOCIATES, PLLC
1110 NASA Parkway, Suite 620
Houston, Texas 77058
Tel: (281) 532-5529
Fax: (281) 402-3534
*Counsel for Plaintiff*

SIGNED Dec. 14, 2017

_____
HONORABLE JUDGE

{00385940}